**PELTON GRAHAM LLC**
Brent E. Pelton
Taylor B. Graham
111 Broadway, Suite 1503
New York, NY 10006
Telephone: (212) 385-9700
*Attorneys for Plaintiffs and the Settlement Class*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IAN MARSHALL and REINALDO SOTO, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>-against-<br><br>LCOR INCORPORATED,<br><br>       Defendant. | 17 Civ. 00132 (JO) |

**NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND APPROVAL OF COUNSEL'S FEES AND COSTS**

PLEASE TAKE NOTICE that, upon the annexed declaration of Taylor B. Graham, Esq., sworn to January 10, 2018, the exhibits annexed thereto, the annexed declaration of Eric J. Miller, the exhibits annexed thereto, the accompanying memorandum of law in support of the Plaintiffs' motion for final approval of the settlement agreement ("Motion for Final Approval"), and all the pleadings and proceedings heretofore had herein, the undersigned moves this Court, before the Hon. James Orenstein, United States Magistrate Judge, in the United States District Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order:

(1) granting final approval of the settlement reached by the parties in this action as embodied in their Settlement Agreement And Release;

(2) certifying the following settlement class under Federal Rule of Civil Procedure 23 for purposes of effectuating the settlement:

> All current and former concierge/doormen/front desk attendants, porters/handy persons and/or any building service employees who performed leasing agent duties employed by LCOR at any time from January 10, 2011 through July 9, 2016;

(3) granting final approval of the FLSA settlement;

(4) granting service awards to the Named Plaintiffs in the amount of $2,500 each, in recognition of the services they rendered on behalf of the class;

(6) awarding Class Counsel's attorneys' fees and costs of thirty-three percent (33%) of the Settlement Fund;

(7) awarding Settlement Administrator's estimated fees of $4,124.56; and

(8) granting any such other and further relief as the Court may deem just and proper.

For the Court's convenience, attached hereto as **Exhibit 1** please find Plaintiffs' [PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND APPROVAL OF CLASS COUNSEL'S FEES AND COSTS.

Dated: New York, New York
      January 10, 2018　　　　　　　　　　Respectfully submitted,

**PELTON GRAHAM LLC**

By:   */s/ Taylor B. Graham*
Brent E. Pelton (BP 1055)
Taylor B. Graham (TG 9607)
111 Broadway, Suite 1503
New York, New York 10006
Telephone: (212) 385-9700
Facsimile:  (212) 385-0800

*Attorneys for Plaintiffs and the Settlement Class*